WILLIS TILLEY V. THE STATE.

No. 10053. Delivered April 7, 1926.

**Burglary—Evidence Held Sufficient.**

There are no complaints directed to the sufficiency of the indictment, or to the ruling of the court upon the admission of evidence. The appellant made a written confession of his guilt, which was fully corroborated by other evidence, and the judgment is affirmed.

Appeal from the District Court of Howard County. Tried below before the Hon. W. P. Leslie, Judge.

Appeal from a conviction of burglary, penalty two years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is burglary, punishment fixed at confinement in the penitentiary for a period of two years.

The indictment was not attacked; nor is there complaint of the rulings of the court upon the admission and rejection of evidence.

The store of M. N. Brown was burglarized and property taken therefrom. The written confession of the appellant specifically admits the commission of the crime, giving the details, and among other things, the name of the person to whom he sold a part of the stolen property. The purchaser testified as a witness corroborating the confession; and there were also other corroborating circumstances.

Perceiving nothing in the record which warrants a reversal of the judgment, an affirmance is ordered.

*Affirmed.*